### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALLSTATE INSURANCE CO.** | : | |
| **a/s/o STACIE & ALBERTO VELEZ, <u>et</u> <u>al.</u>,** | : | |
|     **Plaintiffs** | : | |
| | : | **No. 1:13-cv-02559** |
|     **v.** | : | |
| | : | |
| **HEWLETT-PACKARD** | : | **(Judge Kane)** |
| **CO.,** | : | |
|     **Defendant/Third-Party Plaintiffs** | : | |
| | : | |
|     **v.** | : | |
| | : | |
| **SAMSUNG SDI CO., LTD., <u>et</u> <u>al.</u>,** | : | |
|     **Third-Party Defendants** | : | |

-----------------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| **ALLSTATE INSURANCE CO.,** | : | |
|     **Plaintiff** | : | |
| | : | **No. 1:14-cv-00559** |
|     **v.** | : | |
| | : | |
| **SAMSUNG SDI CO., LTD., <u>et</u> <u>al.</u>,** | : | **(Judge Kane)** |
|     **Defendants** | : | |

## <u>ORDER</u>

**ACCORDINGLY**, on this 14th day of January 2015, **IT IS HEREBY ORDERED**

**THAT**:

1. Defendant Samsung SDI Co., Ltd.'s motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(5) (No. 1:13-cv-02559, Doc. No. 31.) is **DENIED**;

2. The above-captioned cases are consolidated for all purposes.

3. The Clerk of Court is directed to consolidate the case docketed as Civil Action No. 1:14-cv-00559 into the case docketed as Civil Action No. 1:13-cv-02559.

4. The Clerk of Court is directed to close the case docketed as Civil Action

1:14-cv-00559;

5.      All future documents filed in this consolidated case shall be filed under the case docketed as Civil Action No. 1:13-cv-02559; and

6.      All case management deadlines are cancelled.  The Court will hold  a telephone conference to set new case management deadlines on January 28, 2015 at 10:00 a.m.  Plaintiff's counsel shall initiate the conference call.  The telephone number of the Court is 717-221-3990.


        s/ Yvette Kane
        Yvette Kane, District Judge
        United States District Court
        Middle District of Pennsylvania